28, U.S.C. 2241

**FILED**

AUG - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kenneth Williams
NAME

F-3739-05
CRIMINAL CASE NUMBER

305762
PRISON NUMBER

Central Detention Facility
PLACE OF CONFINEMENT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kenneth Williams          )
(Full Name)               )
                          )
            Petitioner    )
                          )
        v.                )    Case: 1:07-mc-00314
                          )    Assigned To : Unassigned
William J. Smith          )    Assign. Date : 8/8/2007
(Name of Warden, Superintendent, )  Description: Miscellaneous
Jailor, or authorized person having )
custody of petitioner)    )
            Respondent    )

(If petitioner has a sentence to be served in the <u>future</u> under a Federal judgment which he wishes to attack, he should file a motion in the Federal Court which entered the judgment)

PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY
<u>IN THE DISTRICT OF COLUMBIA OR IN LORTON REFORMATORY</u>

INSTRUCTIONS--PLEASE READ CAREFULLY

(1)  This petition must be legibly handwritten or typewritten and signed by the petitioner. <u>Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

(2)  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3)  Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED
JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. <u>However, if your prison account exceeds $100.00 you will not be considered as eligible to proceed in forma pauperis and must pay the $5.00 filing fee.</u>

Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts you must file separate petitions as to each court.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

When the petition is fully completed, it must be mailed to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

<u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

(1) Name and location of court which entered the judgment of conviction under attack __Superior Court District of Columbia (No Conviction) Pre-trial Detainee petition Filed to Challenge two different show cause Response stating two different Causes For Detention and stating two different dates, Procedural due Process Violation__

(2) Date of judgment of conviction __Pre-trial Detainee__

(3) Length of sentence __Pre-trial Detainee__

(4) Nature of offense involved (all counts) __uttering/theft petition Filed to Challenge two different showcause Response stating two different Causes For Detention and stating two different dates deliberate deception by Court or prosecution Requires immediate Release, From present Detention.__

(5) What was your plea? (Check one)
    (a) Not guilty (✓)
    (b) Guilty ( )
    (c) Nolo contendere ( )

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

(6) Kind of trial: (Check one)
    (a) Jury ( ) __Not Applicable__
    (b) Judge only ( ) __Pre-trial Detainee__

(7) Did you testify at the trial?

Yes ( )   No (✓)

(8) Did you appeal from the judgment of conviction?

Yes ( )   No (✓)

(9) If you did appeal, answer the following:
    (a) Name of court __Not Applicable__
    (b) Result _____
    (c) Date of result _____

(10) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any courts?

Yes (✓)   No ( )

(11) If your answer to 10 was "yes", give the following information:
    (a) (1) Name of Court __U.S. District Court District of Columbia__
        (2) Nature of the proceedings __Petition for Writ of Habeas Corpus 2241 (illegal transfer) defective indictment__
        (3) Grounds raised __Violation of the Interstate Agreement on Detainers (24-701) Violation of the Interstate Agreement on detainers Violation speedy trial / prosecutorial misconduct (24-703) Violation Due process / ineffective Counsel__
        (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ( )   No (✓)
        (5) Result __N/A__
        (6) Date of result __N/A__

    (b) As to any second petition, application or motion give the same information:
        (1) Name of court __N/A__
        (2) Nature of proceeding __N/A__
            __N/A__
        (3) Grounds raised __N/A__

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ( )   No (✓)
        (5) Result __N/A__
        (6) Date of result __N/A__

    (c) As to any third petition, application or motion, give the same information:
        (1) Name of court __N/A__
        (2) Nature of proceeding __N/A__
            __N/A__
        (3) Grounds raised __N/A__

_____
_____

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?

           Yes ( )    No (✓)
    (5)    Result    N/A
    (6)    Date of result    N/A

(d)    Did you appeal to the highest court having jurisdiction the result of action taken on any petition, application or motion?    *Still pending*
    (1)    First petition, etc.    Yes ( )    No (✓)
    (2)    Second petition, etc.    Yes ( )    No (✓)
    (3)    Third petition, etc.    Yes ( )    No (✓)

(e)    If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

*Petition is still pending, petitioner files this petition to contest Respondents Response to court order to show cause which states two different dates and Reasons for petitioners detention. one filed on 5/10/07 and another filed on 5/21/07.*

12.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

    CAUTION:    If you were convicted in a District of Columbia court, you must ordinarily first exhaust your District of Columbia court remedies as to each ground on which you request action by the Federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may also raise any grounds which you may have other than those listed if you have exhausted your District of Columbia court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b)    Conviction obtained by use of coerced confession.
(c)    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d)    Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e)    Conviction obtained by a violation of the privilege against self-incrimination.
(f)    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g)    Conviction obtained by a violation of the protection against double jeopardy.
(h)    Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I)    Denial of effective assistance of counsel.

(j)   Denial of right of appeal.

A.   Ground one: Illegal transfer in Violation of the interstate Agreement on detainers (24-701)
Supporting FACTS (tell your story briefly without citing cases or law): petitioner was transfered in violation of the interstate Agreement on detainers to the Central Detention Facility 1901 D street s.E washington, D.C. from the Department of Corrections After him and his counselor had Invoked the protections of the I.A.D. by Requesting Final disposition of all inter-state detainers held by the Superior Court District of Columbia and the U.S. Attorneys Office District of Columbia.

B.   Ground two: The Superior Court and the U.S. Attorneys office Refused Co-operation when petitioner Requested Final disposition for Detainer F-3738-05
Supporting FACTS (tell your story briefly without citing cases or law): The interstate Agree-ment on detainers 24-703 Enforcement and co-operation makes their transfer illegal because We Requested Final Disposition and Requests Were mailed to the superior court and to the U.S. Attorneys Office on June 26, 2006. Furthermore my Counselor at the D.O.C. in maryland confirmed their detainer they just Refused to co-operate. after a host of detainers Were Filed invoking the I.A.D.

C.   Ground three: Petitioner filed a plethora of motions to the Superior Court
Supporting FACTS (tell your story briefly without citing cases or law): petitioner Exhausted his Remedys to the Superior Court Judge Who brought petitioner here on a writ after they had already lodged detainers with the Department of Corrections which invoked the protections of the interstate Agreement on Detainers they tried to get Away With bringing me here While ignoring the I.A.D. they assumed I Would Never be able to detect the transfer was illegal.

D.   Ground four: The indictment Was defective and should be dismissed
Supporting FACTS (tell your story briefly without citing cases or law): The indictment should be dismissed because petitioner Was sentenced to more than one year in the Department of Corrections and his speedy trial Rights have been Violated, and he has been prejudiced by the length of the delay the 35 months, the cause of the delay, prosecutorial misconduct, trying for a tactical advantage, plaintiff Right, the petitioner has made his demand for speedy trial early and often throughout, prejudice to defense is that First Attorney has Resigned Now second Attorney does Not know about case.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them On April 23, 2007 the U.S. District Court ordered the Warden Respondents to show cause within 30 days one show cause Was Filed on 5/15/07 and another on 5/31/07 both Were Filed late in violation of the Courts 4/23/07 order the second 5/31/07 was a motion to dismiss and Not a show cause Two different show cause telling two different stories and both certifying the true cause of detention?

14. Do you have any petition or appeal pending in any court, either, District of Columbia or Federal, as to the judgment under attack?

Yes (✓)   No ( )

petition for writ of habers corpus is pending in U.S. district court. case # 07-0702 (RMU)

15. Give the names and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing Pre-trial Detainee trial has not been had petitioner contests illegal transfer in violation of the I.A.D. (24-701)
   (b) At arraignment and plea Harold Peek - assigned has Resigned  (24-703)
   (c) At trial _____
   (d) At sentencing _____
   (f) In any post-conviction proceeding _____
   (g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

   Yes ( )   No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

   Yes ( )   No (✓)

   (a) If so, give name and location of court which imposed sentence to be served in the future: N/A
   (b) And give date and length of sentence to be served in the future: N/A
   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   
   Yes ( )   No ( )   if sentenced (yes) pre-trial Detainee

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

7/13/07                                    _____
Date                                        Petitioner's Signature