United States District Court District of Columbia

Kenneth Williams
　　　　　　Petitioner

v.

William J. Smith (Warden)
　　　　　　Respondent

FILED
AUG - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil No. 07-314
MISC

## Motion and Affidavit to Proceed in Forma Pauperis

I Kenneth Williams declare that I am the plaintiff in this case. Because of my poverty, I am unable to pay the filing fee and costs of this action at this time, nor am I able to give security therefor.

I understand that the fee for filing this type of case is $5.00. I understand that if my motion is granted, it does not mean I will not have to pay this fee. I understand that if my motion is granted, periodic deductions may be made from my inmate account until the entire fee is paid. By filing this motion, I am agreeing to allow such deductions as are required by law. I understand that if I do not have money in my prison account, but have other Resources, the Court may require that I pay the filing fee or a partial filing fee. I believe that I have a meritorious complaint and am entitled to relief in these proceedings. In support of this motion, I answer the following questions.

1.) Are you presently employed in a prison job or other assignment that results in compensation of any sort, including Work Release? yes [ ] NO [X]

a. If you answered yes, list your employer or assignment and the amount of your wages.
Employer/assignment ___N/A___.
Monthly gross wages ___N/A___.
Monthly net wages ___N/A___.

RECEIVED
JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

b. If you answered No, state the date of your last employment or assignment, the name of your employer or assignment, and the amount of wages you received.
Date __2/5/05__.
Employer/assignment __Popeyes/Cook__.
Monthly gross wages, __$700.00__.

2

b.

Monthly net Wages $600.00.

2) Within the past twelve months have you Received any income From: 1) Settlements, Judg-ments, or monetary awards From a Court: 2) Social Security, Public assistance, Workers com-pensation or disability payments: 3) a business, profession, or other Form of self employment: 4) Rent, interest or dividends: 5) Retirement, annuity, pension, or insurance payment: 6) gifts or inheritances: 7) or any other Sources? Yes [✓] NO [ ]

If you answered yes, list the amount Received, date it was Received, and the Source.
   Amount $50.00, Date Received 5/3/07, Source Relative.

3) How much money do you have in your prison account? $45.70.

4) How much money do you have in checking, savings, or other accounts outside prison? -0-

5) Do you own or have any interest in any Real estate, stocks, bonds, notes, automobiles, or other Valuable property (Not including ordinary household Furnishings and Clothes?) Yes [ ] No [✓]
If you answered yes, list the Value and describe each item. Value -0-, Description -0-

6) List everyone (including businesses and the government) that you owe money and the amount that you owe. Creditor -0-, Total debt -0-. Monthly Payment -0-

7) List any other Major Monthly expenses that you are actually paying.
   Description -0-. Monthly payment -0-.

8) Attach a certified Statement of your prison account for the past six months. If you are unable to do this, one will be Requested From prison officials.
   I Declare under the Penalties of perjury that the information is True and Corr-
                                                                              Correct

Date                                    Signature
7/13/07                                 Kevin W___

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRISONER TRUST ACCOUNT REPORT

Name: __WILLIAMS, KENNETH__     Registration #: __305762__

Please submit this to the trust officer of every institution in which you have been confined during the preceeding six months. Submit the completed forms and supporting ledger sheets to the Court.

To: Trust Officer
From: Clerk, U.S. District Court for the District of Columbia

Under the Prison Litigation Reform Act (PLRA), a prisoner filing a civil action must obtain from the trust officer of each institution in which the prisoner was confined during the preceeding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the action. 28 U.S.C. Sec. 1915 (a) (2).

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner.

2005-0914
2006-0505
2006-1648

| Date | Time | Type | Code | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 12/14/2006 | 4:13 pm | Deposit | 20 | Funds Received via Mail | $ 15.00 | $15.00 |
| 01/03/2007 | 12:59 pm | Withdrawa | 38 | Canteen | $ -12.70 | $0.00 |
| 01/17/2007 | 12:41 pm | Withdrawa | 38 | Canteen | $ -1.95 | $0.00 |
| 04/24/2007 | 5:16 pm | Withdrawa | RH | Restored from History | $ -0.35 | $0.00 |
| 2007-0519 04/24/2007 | 5:16 pm | Deposit | RH | Restored from History | $ 0.35 | $0.00 |
| 05/03/2007 | 3:07 pm | Deposit | 20 | Funds Received via Mail | $ 50.00 | $50.00 |
| 05/15/2007 | 9:06 am | Withdrawa | 38 | Canteen | $ -4.65 | $0.00 |

BALANCE at time of filing of action:   __$45.70__

AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the action:   __$10.83__

AVERAGE MONTHLY BALANCE during the six months prior to filing of the action:   __$10.68__

07 MS 314

_Kenneth Williams_ 7/13/07

**FILED**
AUG - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Received
Mail Room

JUL 2 0 2007

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia