UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Kenneth Williams, | ) |
| Petitioner, | ) |
| v. | ) Misc. Action No. 07-314 |
| William J. Smith, | ) |
| Respondent. | ) |

ORDER

Petitioner has presented a petition for a writ of *habeas corpus* and an application for leave to proceed *in forma pauperis*. He states, however, that he is filing "this petition to contest respondents' response" in a pending habeas corpus action. Pet. at 4. Accordingly, it is

ORDERED that the Clerk shall file this petition with a copy of this Order in *Williams v. Warden-Central Detention Facility*, Civil Action No. 07-702 (RMU), and close this miscellaneous action.

United States District Judge

Date: 7/27/07